■ ALICE YARGEAU et al., Respondents, v LASERTRON, Appellant. (Appeal No. 1.) [902 NYS2d 475]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered July 29, 2009 in a personal injury action. The order denied the motion of defendant for partial summary judgment and granted the motion of plaintiffs to compel disclosure.

It is hereby ordered that said appeal is unanimously dismissed

without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Martoche, J.P., Smith, Centra, Sconiers and Pine, JJ.